FILED
January 15, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )     Case No. 2:13-CR-00006-KJM-5
         Plaintiff,                )
v.                                 )     ORDER FOR RELEASE OF
                                   )     PERSON IN CUSTODY
BALKAR SINGH,                      )
                                   )
         Defendant.                )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release BALKAR SINGH, Case No. 2:13-CR-00006-KJM-5, Charge Title 18 USC § 1341, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 25,000

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)   With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 15, 2013 at 2:27 pm.

By _____
Dale A. Drozd
United States Magistrate Judge