UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 15, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                    )<br>v.                                                    )<br>                                                          )<br>BALKAR SINGH,                          )<br>                                                          )<br>            Defendant.                 ) | Case No. 2:13-CR-00006-KJM-5<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BALKAR SINGH</u>, Case No. <u>2:13-CR-00006-KJM-5</u>, Charge <u>Title 18 USC § 1341</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　　__   Release on Personal Recognizance

　　　✔   Bail Posted in the Sum of $ <u>25,000</u>

　　　　　✔   Unsecured Appearance Bond

　　　　　__   Appearance Bond with 10% Deposit

　　　　　__   Appearance Bond with Surety

　　　　　__   Corporate Surety Bail Bond

　　　　　✔   (Other)        <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 15, 2013</u> at <u>2:27</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge