DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
(916) 447-1193

Attorney for Defendant
BALKAR SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BALKAR SINGH,<br><br>            Defendant. | No.  13-CR-006 MCE<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF SENTENCE AND SCHEDULE FOR DICLOSURE** |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Assistant United States Attorney Jarad Dolan, defendant BALKAR SINGH through his undersigned counsel Dwight Samuel, and defendant HARVINDER KAUER through her undersigned counsel Michael Bigelow that the scheduled sentencing date and schedule for dates be changed to the following:

    Judgement and sentencing date be changed from August 13, 2015 to October 8, 2015.

    Probation officer Lisa Hage has been contacted and also agrees to the new sentencing date and the following schedule for disclosure of pre-sentence report and for filing of objections to the presentence report it is agreed to be as follows:

| | |
|---|---|
| Reply or statement of non-opposition | October 1, 2015 |
| Motion for correction of Pre-Sentence report filed | September 24, 2015 |
| Pre-Sentence report filed | September 17, 2015 |
| Counsel's written objections to the pre-sentence to probation | September 3, 2015 |
| Proposed Pre-sentence report disclosed to counsel | August 20, 2015 |

This stipulation is made because the proposed presentence report is not yet completed. In addition Mr. Bigelow is in trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation, vacate the present date for sentence of August 13, 2015 and adopt the above enumerated shedule for disclosure  and response to the Pre-sentence report with sentencing reset to October 8, 2015.

So stipulated,

Date: July 1, 2015                                   */s/ Dwight M. Samuel*
                                                     Dwight M. Samuel
                                                     Attorney for Defendant
                                                     Balkar Singh

Date: July 1, 2015                                   */s/ Michael Bigelow authorized 7-1-15*
                                                     Dwight M. Samuel
                                                     Attorney for Defendant
                                                     Balkar Singh

Date: July 1, 2015                                   */s/ Paul Hemesath authorized 7-1-15*
                                                     Assistant U.S. Attorney
                                                     Paul Hemesath

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety and it is so order

Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

It is further ordered that the August 13, 2015 date for sentencing is continued to October 8, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated: July 6, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT